# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 24-2144V

| | |
|---|---|
| RENITA CARAPELLA, | Chief Special Master Corcoran |
| Petitioner, | Filed: July 29, 2025 |
| v. | |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

*Matthew F. Belanger*, Faraci Lange LLP, Rochester, NY, for Petitioner.

*Meghan Murphy*, U.S. Department of Justice, Washington, DC, for Respondent.

### **RULING ON ENTITLEMENT**[1]

On December 30, 2024, Renita Carapella filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a left shoulder injury related to vaccine administration ("SIRVA") after receiving a tetanus, diphtheria and acellular pertussis ("Tdap") vaccination on February 7, 2023. Petition at 1. Petitioner further alleges that she had no history of pain, inflammation, or dysfunction in her left shoulder prior to vaccination; that her pain occurred within 48-hours of receiving the Tdap vaccination; that pain was limited to her left shoulder, and that no other condition or abnormality has been identified to explain her shoulder pain. *Id.* The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

  On July 25, 2025, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent indicates that based on the record as it now stands, Petitioner has satisfied all legal prerequisites for compensation under the Act. *Id.* at 5.

  **In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

  **IT IS SO ORDERED.**

                **<u>s/Brian H. Corcoran</u>**
                Brian H. Corcoran
                Chief Special Master